NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN-PIERRE BANEY,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2013-3003

---

Petition for review of the Merit Systems Protection Board in case no. DA0752120158-I-1.

---

**ON MOTION**

---

**O R D E R**

John-Pierre Baney moves for leave to proceed in forma pauperis. Mr. Baney previously submitted a Uniformed Services Employment and Reemployment Rights Act (USERRA) notification indicating that his case before the Merit Systems Protection Board involved USERRA claims and thus he is exempt from paying the filing fees.

Pursuant to 38 U.S.C. § 4323(h), if a petitioner claims rights under USERRA, the filing fee is waived. In this

JOHN-PIERRE BANEY v. DOJ                                         2

case, Baney claimed rights under USERRA before the Board. Thus, Baney is exempt from paying the fee.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot. Mr. Baney is exempt from paying the filing fee due to his USERRA claims.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24